UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINTON COX, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>EVOLUS, INC., ALPHAEON CORP., DAVID MOATAZEDI, RUI AVELAR, and LAUREN SILVERNAIL,<br><br>Defendants. | **ORDER**<br><br>20 Civ. 9053 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

This is a putative class action brought under the federal securities laws by shareholders of Defendant Evolus, Inc. ("Evolus"). On November 13, 2020, this Court entered a Stipulation and Order consolidating the above-captioned action "for all purposes, under the docket number of the lead case, 1:20-cv-08647 (PGG)." (Stip. & Order (Dkt. No. 8) at 2) Pursuant to the Stipulation and Order, the actions are referred to collectively as In re: Evolus Inc. Sec. Litig, No. 20 Civ. 8647 (PGG). (Id. at 2)

On October 18, 2024, the Court entered a final judgment for Defendants and dismissed the lead case. See In re: Evolus Inc. Sec. Litig, No. 20 Civ. 8647 (PGG) (Dkt. No. 118) Accordingly, the Clerk of Court is directed to enter judgment for Defendants in Cox v. Evolus Inc., et al., No. 20 Civ. 9053, and to close this case.

Dated: New York, New York
April 10, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge