**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CLINTON COX, individually and on behalf of all
other similarly situated,

                      Plaintiff,

          -against-                                20 **CIVIL** 9053 (PGG)

                                                  **JUDGMENT**

EVOLUS, INC., ALPHAEON CORP., DAVID
MOATAZEDI, RUI AVELAR, and LAUREN
SILVERNAIL.,

                      Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 13, 2026, on October 18, 2024, the Court entered a final judgment for Defendants and dismissed the lead case. See In re: Evolus Inc. Sec. Litig, No. 20 Civ. 8647 (PGG) (Dkt. No. 118) Accordingly, judgment entered for Defendants in Cox v. Evolus Inc., et al., No. 20 Civ. 9053, and this case is closed.

**Dated:** New York, New York

       April 13, 2026

                                   **TAMMI M. HELLWIG**

                                     **Clerk of Court**

               **BY:**

                                     **Deputy Clerk**